UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | 19cr00672 |
| -against- | : | 20cv7835 |
| | : | |
| ANDREW VALLES, | : | ORDER |
| Defendants. | : | |

-----------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

In view of the difficulties in effecting service of the Government's Opposition on Petitioner, the time for Petitioner to respond is extended to January 29, 2021. A copy of this Order is being mailed by Chambers staff to Petitioner.

Dated: December 14, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.