UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
:
         -v-                                                           :       19 Cr. 672 (JPC)
                                                                       :       20 Civ. 7835
:
ANDREW VALLES,                                                         :       ORDER
:
                         Defendant.                                    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By June 22, 2023, the parties shall file letter briefs with the Court indicating their view as to whether this Court has jurisdiction to resolve Defendant's 28 U.S.C. § 2255 petition given the fact that Defendant is not yet in federal custody.  *See* 28 U.S.C. § 2255(a) ("A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released . . . may move the court which imposed the sentence to vacate, set aside, or correct the sentence.").  The Clerk of Court is respectfully directed to mail a copy of this order to Andrew Valles, Inmate No. BJ6191, California Institution for Men, B-BH-343, P.O. Box 441, Chino, CA 91708.

      SO ORDERED.

Dated: June 1, 2023
       New York, New York

                                      JOHN P. CRONAN
                                 United States District Judge